**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Christopher Burke CARTER,
Defendant–Appellant.**

No. 05–50088.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted July 11, 2007.

Filed July 19, 2007.

Becky S. Walker, Esq., Elena J. Duarte, USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

George W. Buehler, Esq., Geragos & Geragos, David G. Meyer, Howrey Simon Arnold & White, LLP, Los Angeles, CA, for Defendant–Appellant.

Before: KOZINSKI, KLEINFELD, and TALLMAN, Circuit Judges.

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**ORDER** \*

In light of the government's post-argument letter dated July 13, 2007, conceding error below in the district court's denial of Christopher Burke Carter's motion to withdraw his guilty plea, we vacate the conviction and guilty plea, and remand the case to the district court for further proceedings.

**VACATED AND REMANDED.**